AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| E'LISE Z. HENSLEY and TWANA S. MITCHELL <br><br> *Plaintiff(s)* <br><br> v. <br><br> S.G.T., INC., d/b/a Pleasers, a Georgia corporation; DARIUS MITCHELL; M.P. "TREY" HICKS, III; SANDRA HICKS; JOHN DOE #1 et al <br><br> *Defendant(s)* | Civil Action No. <br> 1:15-cv-0077 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sandra Hicks
205 West Pike Street, Suite 120
Lawrenceville, Georgia 30046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Charles R. Bridgers, Kevin D. Fitzpatrick, Jr. and Matthew W. Herrington
DeLong, Caldwell, Bridgers & Fitzpatrick, LLC
101 Marietta Street, Suite 3100
Atlanta, GA 30303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: 01/09/2015

s/Anniva Renick
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sandra Hicks
was received by me on *(date)* 04/23/2015 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Mark Monroe
_____ , a person of suitable age and discretion who resides there,
on *(date)* 05/01/2015 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 05/06/2015

*Server's signature*

Jason Downs, Process Server
*Printed name and title*

21 Wesley Crossing
St. Simons Island, GA 31522
*Server's address*

Additional information regarding attempted service, etc:

The residence is located at 1012 Village Oaks Lane, St. Simons Island, Glynn County, Georgia 31522.