IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| E'LISE Z. HENSLEY and TWANA S. MITCHELL, | : : : |
| Plaintiff, | : : |
| v. | : CIVIL ACTION NO. : 1:15-CV-77-RWS |
| SGT, Inc., et al., | : : |
| Defendants. | : : |

**ORDER**

This case is before the Court for consideration of Defendant M.P. "Trey" Hicks, III's and Defendants SGT, Inc., d/b/a Pleasers and Sandra Hicks' Motions for an Order Compelling Arbitration on an Individual Basis, Staying or Dismissing Action, and Staying Discovery [6 & 14]. After reviewing the record, the Court enters the following Order.

Plaintiffs brought this action seeking to recover minimum wages and overtime Defendants allegedly failed to pay in violation of the Fair Labor Standards Act ("FLSA"). Defendants have filed a motion requesting that the case be dismissed or stayed pending arbitration of Plaintiffs' claims. Defendants assert that they adopted an arbitration policy by which Plaintiffs are

bound based upon having signed the arbitration agreement or having continued to work after being informed of the policy. Plaintiff Hensley states that she was told by a bartender to sign a document, and she declined. (Hensley Dec. [13-2] at ¶¶ 3, 4, 8.) She was not advised by anyone that if she continued to work she had to agree to arbitration. (Id. at ¶ 10.)  Plaintiff Mitchell states that she was told by a manager to sign a paper.  (Mitchell Dec. [13-1] at ¶ 7.) She read the paper, but did not understand it. (Id. at ¶ 8.) She did not know she was waiving a right to sue Pleasers. (Id. at ¶ 14.)

Based on the present record, the Court finds that there is a genuine issue of material fact regarding the applicability of the arbitration policy to Plaintiffs. Therefore, the Court concludes that a summary trial of that issue is required. 9 U.S.C. § 4. The Clerk shall set the case down for summary trial. The Motions to Stay Discovery [6-3 & 14-3] are **GRANTED**, and discovery is **STAYED** pending resolution of the arbitration issue.

**SO ORDERED**, this 2nd day of June, 2015.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)