IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **E'LISE Z. HENSLEY and TWANA S. MITCHELL,**<br><br>            **Plaintiffs,**<br><br>   **v.**<br><br>**S.G.T., INC., d/b/a Pleasers; DARIUS MITCHELL; M.P. "TREY" HICKS, III; SANDRA HICKS; JOHN DOE #1 known as "Jason"; and JOHN DOE #2 known as "Johnny",**<br><br>            **Defendants.** | Civil Action No. 1:15-cv-77-RWS |

**[~~PROPOSED~~] ORDER**

Pending before the Court is Plaintiff's Motion for Leave to Amend Complaint. For good cause shown, the Motion is granted. Plaintiffs shall file their Amended Complaint within five days of this Order.

So ordered this _15th_ day of _July_, 2015

_____
Hon. Richard W. Story
Judge, United States District Court