IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| E'LISE Z. HENSLEY,<br><br>Plaintiff,<br><br>vs.<br><br>S.G.T., INC., d/b/a Pleasers; M.P. "TREY" HICKS, III; SANDRA HICKS; JASON P. DORSEY and JOHN DOE known as "Johnny",<br><br>Defendants. | Civil Action No. 1:15-cv-77-RWS |

### LR 26.3 CERTIFICATE OF SERVING DISCOVERY AND CERTIFICATE OF SERVICE

Pursuant to L.R. 26.3(a), I hereby certify that I have this day caused to be served a copy of Plaintiff's Initial Disclosures by depositing the same in the United States Mail with sufficient postage thereon to the following:

Frederick L. Warren
271 17th Street, NW
Suite 1900
Atlanta, Georgia 30363
rwarren@fordharrison.com

I further certify that I electronically filed this Certificate of Service with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to said counsel.

Dated: September 18, 2015.

*/s/ Matthew W. Herrington*
Matthew W. Herrington
Georgia Bar No. 275411