IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**E'LISE Z. HENSLEY,**

Plaintiff,

vs.

**S.G.T., INC., d/b/a Pleasers; M.P.
"TREY" HICKS, III; SANDRA
HICKS; JASON P. DORSEY and
JOHN DOE known as "Johnny",**

Defendants.

Civil Action No. 1:15-cv-77-RWS

## ORDER

This civil action is before the Court on the parties' consent motion to stay

proceedings pending settlement of case, which is hereby **GRANTED.**  It is further

**ORDERED** that this action be **DISMISSED** without prejudice to the right, upon

good cause shown within one hundred twenty (120) days, to reopen the action if

settlement is not consummated. The Clerk is directed to **ADMINISTRATIVELY**

**TERMINATE** this action.  If this matter is not reopened by the parties within one

hundred twenty (120) days it will be deemed to have been dismissed with

prejudice.

**IT IS SO ORDERED,** this _15th_ day of December, 2015.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

WSACTIVELLP:8153465.1